UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22585-CIV-UNGARO/O'SULLIVAN

CORTNEY WALLACE,
ALICIA FORBES-MOREHEAD, and
MYCIA BURDEN,
     Plaintiffs,

v.

CLUB CLIMAXXX, INC, a Florida
Corporation and NIGHTLIFE SOLUTIONS,
INC. a Florida corporation,
     Defendants.

_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiffs' Motion to Compel Defendant's

Rule 26(a) Initial Disclosures (DE # 55, 10/23/17).  Rule 7.1(C), Local Rules for the United

States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no
> later than fourteen (14) days after service of the motion.  **Failure to do so may
> be deemed sufficient cause for granting the motion by default**.  (Emphasis
> supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion to Compel Defendant's Rule

26(a) Initial Disclosures (DE # 55, 10/23/17) is GRANTED.  The defendant shall provide the

documents to the plaintiff on or before November 20, 2017. The failure to do so may result in

sanctions being issued against the defendant.

DONE and ORDERED, in chambers, in Miami, Florida, this 14th day of November, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record