UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-22585-UU

CORTNEY WALLACE, *et al.*,

    Plaintiff,
v.

CLUB CLIMAXXX INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Cortney Wallace and Defendants' Motion for Approval of Settlement Agreement and for Dismissal with Prejudice. D.E. 133. THE COURT has considered the Motion and the pertinent portions of the record, the terms of the settlement agreement, and is otherwise fully advised in the premises. The Court finds that the settlement is a fair and reasonable arm's-length agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

ORDERED AND ADJUDGED that Parties' Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice, D.E. 133, is GRANTED. The Court will retain jurisdiction to enforce the settlement agreement until **August 19, 2018**. However, the Court will not enforce the confidentiality provision. All pending claims by Plaintiff Cortney Wallace against Defendants are DISMISSED WITH PREJUDICE. The case remains open as to the remaining plaintiffs.[1]

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf

---

[1] Plaintiffs Mycia Burden, Lynda Onyeneho, and Jessica Pierre, are not parties to this settlement.